# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158663(113)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellee,

v

TROY ANTONIO BROWN,
           Defendant-Appellant.
_____/

SC: 158663
COA: 336058
Macomb CC: 2015-002617-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED.  The reply will be accepted as timely filed if submitted on or before April 18, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020



Clerk